IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TELUCCI, No. 830-0,   Plaintiff(s),   vs.   UNKNOWN NAMED, Supervising Deputy San Francisco County Public Defender,   Defendant(s). | No. C 15-1050 CRB (PR)   ORDER OF DISMISSAL |

Plaintiff, a former prisoner now civilly committed to the custody of the California Department of State Hospitals after a San Francisco County Superior Court jury found him to be a sexually violent predator under the Sexually Violent Predators Act, Cal. Welf. & Inst. Code § 6600 et seq. (SVPA), filed a pro se complaint under 42 U.S.C. § 1983 alleging irrational mental health assessments in the course of his civil commitment proceedings due to the Supervising Deputy San Francisco County Public Defender's failure to adequately train and supervise plaintiff's deputy public defender to effectively challenge such irrational assessments.

Per order filed on April 15, 2015, the court dismissed plaintiff's complaint with leave to amend to name as defendant San Francisco Public Defender Jeff Adachi and allege, if possible, facts showing a deliberate pattern and policy of refusing to train and prepare deputy public defenders for civil commitment cases

under SVPA.  See Miranda v. Clark County, Nevada, 319 F.3d 465, 471 (9th Cir. 2003) (en banc).  Plaintiff was advised that an isolated assignment of an inexperienced or poorly trained lawyer will not do.  Plaintiff must set forth facts sufficient to state a claim of "'deliberate indifference to constitutional rights' in the failure to train lawyers to represent clients [facing civil commitment proceedings under SVPA]."  Id.  The court further advised plaintiff that "[f]ailure to file a proper amended complaint within [28 days of this order] will result in the dismissal of this action."  Apr. 15, 2015 Oder (dkt. #6) at 4.

Plaintiff moved for an extension of time to amend, which the court granted: "Plaintiff shall file a FIRST AMENDED COMPLAINT by no later than June 12, 2015."  May 5, 2015 Order (dkt. #8) at 1.

Nearly two weeks have passed since plaintiff's filing deadline expired and plaintiff still has not filed a First Amended Complaint or sought a further extension of time to do so.  The action is DISMISSED without prejudice.

The clerk is instructed to enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: June 25, 2015

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Telucci, R.15-1050.dismissal.wpd

2